[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 28, 2007
THOMAS K. KAHN
CLERK

No. 07-10266
Non-Argument Calendar

_____

D. C. Docket No. 98-02237-CV-T-23-TGW

BEVERLY DILLON, as trustee of L.I.G. Trust
and El Fuente Trust, NEIL A. STUBBS, as
trustee of Neal A. Stubbs, D.D.S. P.A. Profit
Sharing Plan & Trust, CORPUS HAREM, LTD.,

                              Plaintiffs-Counter-Defendants-
                              Appellees,

versus

AXXSYS INT'L INC., formerly known as
Internet Access Co., Inc., et al.,

                              Defendants,

ADAM M. REISER, individually,

                              Defendant-Counter-Claimant,

DEBORAH AUSTIN REISER, individually,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(August 28, 2007)**

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

This is an appeal from the denial of a motion for attorneys' fees and costs brought by Deborah Austin Reiser who was a defendant/appellee/cross-appellant in this matter. We affirmed the judgments entered in the district court in Dillon v. Axxsys International, Inc., 185 Fed. Appx. 823 (11th Cir. 2006).

We now affirm the rulings of the district court denying these motions for the reasons set forth in the Report and Recommendation of the United States Magistrate Judge dated November 14, 2006 which was adopted by the United States District Judge by Order dated December 19, 2006.

**AFFIRMED.**